IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-143-CR




RONALD HOSEA,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 92,274, HONORABLE JON N. WISSER, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for possession of a controlled substance,
namely: Cocaine. Punishment was assessed at confinement for five years (probation revocation).

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1990).



[Before Chief Justice Carroll, Justices Jones and B. A. Smith]

Dismissed On Appellant's Motion

Filed: August 30, 1991

[Do Not Publish]